IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

FILED
04 AUG 11 PM 2:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

DON KEVIN SPENCER, individually and as )
parent and next friend of Don Kevin Spencer, II, )
)
    Plaintiffs, )
)
VS. ) CIVIL ACTION NUMBER:
) CV 03-P-1484-W
AMERICAN HONDA MOTOR CO., INC., )
et al., )
)
    DEFENDANTS. )

### FINDINGS OF FACTS AND CONCLUSION OF GUARDIAN AD LITEM

COMES NOW, Leslie R. Barineau, as Guardian Ad Litem appointed by this Honorable Court to represent and protect the interest of Don Kevin Spencer, II, minor, in the above-styled proceeding, and responds to the proposed Pro Ami settlement, as follows:

### FINDINGS OF FACTS

1. Don Kevin Spencer, II, born August 27, 1991, was injured in an automobile accident on or about June 20, 2001, on Lagrone Road at the intersection of Old Greensboro Road in Moundville, Alabama. The minor Plaintiff was riding on a three-wheeler with his father when the Defendant's vehicle came around a curve and hit the three-wheeler causing the minor Plaintiff and his father to be thrown off the three-wheeler.

2. As a result of this accident, the Plaintiff, Don Kevin Spencer, II, was taken via ambulance to Druid City Hospital Regional Medical Center as a trauma alert. He complained of

1



pain in his left ankle, pain in his abdomen, chin abrasion, abdominal contusions and tongue pain. After an evaluation in the emergency room, he was diagnosed with a fractured left distal tibial metaphysis and epiphysis, left talus fracture and abdominal pain. He was admitted to the hospital for observation of a possible occult abdominal trauma and his orthopedic injuries. During this admission, his left leg was placed in a short leg cast. He was discharged from the hospital on June 22, 2001.

He was subsequently seen by Dr. Julie Maurer, surgeon, for a follow visit on July 12, 2001, wherein she opined he was doing well and to follow up with Dr. Chester Boston for his orthopedic injuries. He treated with Dr. Boston from June 20, 2001 through September 10, 2001. Upon discharge from Dr. Boston's care, he was bearing full weight, walking and standing without limp or instability, full range of motion, and with normal muscle strength and tone without atrophy or without abnormal movements. X-rays revealed satisfactory early healing of the talar neck fracture. The Plaintiff was to return as needed.

The minor Plaintiff has fully recovered from the injuries he sustained in this accident and has returned to full activities with no limitation. He periodically experiences leg pain which is resolved by taking Tylenol or a deep heating rub. He does not have any permanent injuries or residual effect relating to this accident.

3. The medical bills for the minor's treatment were $18,745.62 which were reduced to $10,382.31 and paid out of the settlement proceeds of the related cases of *Don K. Spencer, II, minor v. Alfa Insurance Company, CV2002-001759* and *Don K. Spencer, II, minor v. Nationwide Ins. Co., CV2003-830*. These cases were settled for a total amount of $49,000.00 and court approved in 2003.

4. The parties hereto have entered into a settlement agreement whereby the Defendant will pay the sum of $25,000.00 as full and final settlement of this claim. This settlement is based on a compromise basis due to the contested liability issues.

5. The Plaintiff is represented by Paul Patterson, II on a 50% contingency fee. This fee has been reduced to a 40% fee and all expenses in the minor's case have been waived. Said attorney was awarded a 40% fee in the minor's companion lawsuits referenced above. Said attorney is requesting a fee in the amount of $10,000.00.

## CONCLUSION

The Pro Ami Settlement presented to the Court appears to be fair and reasonable and in the best interest of the minor child. This conclusion is based upon a review of the factual investigation of the case, the medical records and reports, a personal interview with the minor and the minor's father, as well as personal observations of the minor.

The Guardian Ad Litem therefore requests this Honorable Court approve this Pro Ami Settlement.

Respectfully submitted,

*/s/ Leslie R. Barineau*
Leslie R. Barineau
Guardian Ad Litem
300 21st Street North
Suite 502, Title Building
Birmingham, Alabama 35203
(205) 251-9200

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the above and foregoing Findings of Facts and Conclusion of Guardian Ad Litem has been served upon all attorneys of record, by facsimile on this the 11th day of August, 2004.

*Leslie R Barineau*
OF COUNSEL

Paul W. Patterson, II, Esquire – Via Facsimile (205-507-1022)
PATTERSON COMER
1323 Hargrove Road East
Tuscaloosa, Alabama 35405

Alfred H. Perkins, Esquire – Via Facsimile (205-868-6099)
STARNES & ATCHISON
Post Office Box 598512
Birmingham, Alabama 35259-8512